UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CITY OF PHILADELPHIA et al.,                                      :
:
                    Plaintiffs,                          :
:      22-MC-0054 (JMF)
     -v-                                                       :
:      ORDER
BANK OF AMERICA CORPORATION et al.,                               :
:
                    Defendants.                          :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On February 22, 2022, this Court ordered Plaintiffs and Plaintiffs' Counsel to file a single consolidated motion to quash all three of the subpoenas challenged in this case and the related case, 22-MC-0053. ECF No. 15. The Court subsequently resolved those consolidated motions to quash on July 26, 2022, and directed the Clerk of Court to close 22-MC-0053, without prejudice to the right to reopen that action in the event that Defendants and Respondents were unable to resolve the issue raised in Defendants' July 12, 2022 letter-motion following Defendants' proposal of new search terms. No. 22-MC-0053, ECF No. 77. In light of the foregoing, it is hereby ORDERED that this matter is closed on the same terms. The Clerk of Court is directed to close the case.

       SO ORDERED.

Dated: August 9, 2022
       New York, New York
                                                               JESSE M. FURMAN
                                                         United States District Judge